IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-195-RLV-DCK

| | |
|---|---|
| ECLIPSE PACKAGING, INC., d/b/a FlexSol Packaging, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| STEWARTS OF AMERICA, INC. and INDUSTRIAL BRUSH CO., INC., | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Seal Documents Belonging To Plaintiff's Expert" (Document No. 33) filed April 22, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Seal Documents Belonging To Plaintiff's Expert" (Document No. 33) is **GRANTED** and that the documents may be reviewed *in camera* to determine their discoverability.

**SO ORDERED**.

Signed: April 26, 2016

David C. Keesler
United States Magistrate Judge