IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-00195-RLV-DCK

| | |
|---|---|
| ECLIPSE PACKAGING, INC., D/B/A FLEXSOL PACKAGING, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **FINAL JUDGMENT** |
| | ) |
| STEWARTS OF AMERICA, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS ACTION HAVING COME BEFORE THE COURT**, the Honorable Richard L. Voorhees, United States District Judge, presiding, by way of a jury trial held May 3, 2016 through May 5, 2016; as to COUNT I – BREACH OF EXPRESS WARRANTY; COUNT II – BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY; and COUNT III – BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; and such claims having been submitted to the Jury for its consideration and decision, and the Jury having reached its VERDICT concerning the same,

**IT IS ORDERED AND ADJUDGED** that Judgment is hereby **ENTERED** in favor of Plaintiff, Eclipse Packaging, Inc., doing business as Flexsol Packaging (the "Plaintiff"), and against Defendant, Stewarts of America, Inc. (the "Defendant"), in the amount of **FIVE-HUNDRED AND SIXTY-THREE THOUSAND AND ONE-HUNDRED AND EIGHTY-FOUR DOLLARS AND ONE CENT ($563,184.01)** in money damages;

**IT IS FURTHER ORDERED AND ADJUDGED** that the award of money damages be set-off by the amount of **SEVENTY-TWO THOUSAND AND FIVE-HUNDRED DOLLARS AND ZERO CENTS ($72,500.00)**, that amount representing a credit to the Defendant for the Plaintiff's failure to mitigate its damages;

**IT IS FURTHER ORDERED AND ADJUDGED** that the award of money damages be further set-off by the amount of **ONE-HUNDRED AND THIRTY-TWO THOUSAND AND FIVE-HUNDRED DOLLARS AND ZERO CENTS ($132,500.00)**, that amount representing a credit to the Defendant for the settlement between Plaintiff and former-defendant Industrial Brush Co., Inc.;

**IT IS FURTHER ORDERED AND ADJUDGED** that, after all aforementioned set-offs and credits, the Plaintiff shall recover money damages from the Defendant in the amount of **THREE-HUNDRED AND FIFTY-EIGHT THOUSAND AND ONE-HUNDRED AND EIGHTY-FOUR DOLLARS AND ONE CENT ($358,184.01)**;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff be entitled to recover from the Defendant: (1) its costs in this action; (2) pre-judgment interest, pursuant to N. C. Gen Stat. §§ 24-1, 24-5(b) and applicable law; and (3) post-judgment interest, pursuant to 28 U.S.C. § 1961 and applicable law.

**SO ORDERED**.

Signed: May 11, 2016

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge